Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Erick Robert Thorsen

Docket No. 0:02CR00072-001

## HEARING WAIVER

I, Erick Robert Thorsen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

Signed: Erick Thorsen
Erick Robert Thorsen

Witness: [signature]
D. Moen, Case Manager

Dated: 4-19-07

SCANNED
MAY 08 2007
U.S. DISTRICT COURT ST. PAUL